**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 18-2412**

─────────────

JENNIFER SUZANNE DAWSON,

        Plaintiff - Appellant,

    v.

DELTA AIRLINES, INC.,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:18-cv-00240-LMB-MSN)

─────────────

Submitted:  July 31, 2019                    Decided:  August 15, 2019

─────────────

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jennifer Suzanne Dawson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Suzanne Dawson appeals the district court's order granting Defendant's motion to dismiss and dismissing Dawson's amended civil complaint. "We review a district court's grant of a motion to dismiss de novo," accepting as true all well-pleaded facts and construing them in the light most favorable to the plaintiff. *Lucero v. Early*, 873 F.3d 466, 469 (4th Cir. 2017). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dawson v. Delta Airlines, Inc.*, No. 1:18-cv-00240-LMB-MSN (E.D. Va. Oct. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*